

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Twan Burgess and Erica Burgess,
Appellants

No. 06-18-00080-CV      v.

Wintermute Enterprises, LLC; and
Zachariah A. Wintermute, Agent, Appellees

Appeal from the County Court at Law No. 1
of Bell County, Texas (Tr. Ct. No. 86,846).
Memorandum Opinion delivered by Chief
Justice Morriss, Justice Burgess and Justice
Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellants, Twan Burgess and Erica Burgess, have adequately indicated their inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 3, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk